UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ROBERT BLEDSOE, | ) |
| | ) |
| Plaintiff, | ) 1:20-CV-00029-DCLC |
| | ) |
| vs. | ) |
| | ) |
| TENNESSEE VALLEY AUTHORITY | ) |
| BOARD OF DIRECTORS, | ) |
| | ) |
| Defendant. | |

**JUDGMENT**

This case came before the Court on Defendant's Motion for Summary Judgment [Doc. 30]. For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant's Motion for Summary Judgment is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. Plaintiff shall recover nothing from Defendant. Accordingly, the Clerk is **DIRECTED** to close the case.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court